U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 3 0 2015

TONY R. MOORE, CLERK
BY _____
            DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 14-CR-00206 |
| VERSUS | : | JUDGE WALTER |
| CRISTOBAL VARGAS ZAMBRANO | : | MAGISTRATE JUDGE KAY |

### ORDER

For the reasons orally assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #27], and in the transcript previously filed herein, [Doc. #22] and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **CRISTOBAL VARGAS ZAMBRANO** on March 12, 2015 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

THUS DONE AND SIGNED, in Shreveport, Louisiana, this _30_ day of March, 2015.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE